CT Corporation

**TO:** Renee Simonton, President
RELX Inc.
1105 North Market Street, Fifth Floor
Wilmington, DE 19801

**RE:** **Process Served in Kansas**

**FOR:** LexisNexis Risk Solutions Inc.  (Domestic State: GA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LANETTA J. LONG, Pltf. vs. LEXISNEXIS RISK SOLUTIONS, INC., Dft. |
| **DOCUMENT(S) SERVED:** | Summonses, Affidavit, Petition |
| **COURT/AGENCY:** | Jackson County Circuit Court, MO<br>Case # 1716CV00297 |
| **NATURE OF ACTION:** | This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Inc., Topeka, KS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/09/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Kansas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | A.J. Stecklein<br>Stecklein & Rapp, Chtd.<br>748 Ann Ave<br>Kansas City, KS 66101<br>(913) 371-0727 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/09/2017, Expected Purge Date: 01/14/2017 |
| | Image SOP |
| | Email Notification,  Renee Simonton  renee.simonton@relx.com |
| | Email Notification,  Julie Goldweitz  julie@reilaw.com |
| | Email Notification,  Jacqueline Gregorski  jacqueline.gregorski@relx.com |
| **SIGNED:** | The Corporation Company, Inc. |
| **ADDRESS:** | 112 S.W. 7th Street<br>Suite 3C<br>Topeka, KS 66603 |
| **TELEPHONE:** | 855-483-2021. |

Page 1 of  1 / NP

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.



CERTIFIED MAIL

JACKSON COUNTY CIRCUIT COURT
ASSOCIATE CASE INITIATION 3RD
415 E 12TH ST
KANSAS CITY, MO 64106-2706

9214 8901 0661 5400 0100 6456 40

RETURN RECEIPT (ELECTRONIC)

$ 005.80⁰

2017

1716-CV00297
LEXISNEXIS RISK SOLUTIONS INC
RA: THE CORPORATION COMPANY INC
112 SW 7TH ST STE 3C
TOPEKA, KS 66603-3858

RETURN SERVICE
REQUESTED

Exhibit A



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>GREGORY B. GILLIS | Case Number: 1716-CV00297 |
|---|---|
| Plaintiff/Petitioner:<br>LANETTA L LONG<br><br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address, or<br>Plaintiff/Petitioner, if pro se:<br>ALAN J. STECKLEIN<br>748 ANN AVENUE<br>KANSAS CITY, KS 66101<br>(913) 371-0727 |
| Defendant/Respondent:<br>LEXISNEXIS RISK SOLUTIONS, INC. | Date, Time, and Location of Court Appearance:<br>08-FEB-2017, 09:30 AM<br>DIVISION 27 7TH FLOOR<br>415 E 12th |
| Nature of Suit:<br>AC Other Tort | KANSAS CITY, MO 64106<br><br>(Date File Stamp) |

## Associate Summons for Service by Registered or Certified Mail

The State of Missouri to: **LEXISNEXIS RISK SOLUTIONS, INC.**
Alias:

RA: THE CORPORATION COMPANY, INC
112 SW 7TH STREET SUITE 3C
TOPEKA, KS 66603

**COURT SEAL OF**



**JACKSON COUNTY**

You are summoned to appear before this Court on the date, time, and location above, to answer the allegation in the petition filed by the above-named Plaintiff/Petitioner, a copy which of which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken against you for the relief demanded in the petition.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

05-JAN-2017
Date Issued

_____
Clerk

Further Information:

## Certificate of Mailing

I certify that on __05-JAN-2017__ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent LEXISNEXIS RISK SOLUTIONS, INC. by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

__05-JAN-2017__
Date

_____
Clerk

Exhibit A

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

Exhibit A

Electronically Filed - Jackson - Kansas City - December 27, 2016 - 11:08 AM

In the Associate Circuit Court of Jackson County, Missouri
At Kansas City

LANETTA J. LONG,

                                    Plaintiff,        Case Number:

vs.

LEXISNEXIS RISK SOLUTIONS, INC.,
                                    Defendant.

## AFFIDAVIT IN SUPPORT OF SERVICE BY CERTIFIED MAIL

STATE OF KANSAS            )
                           )    ss.
COUNTY OF WYANDOTTE        )

A.J. Stecklein, of lawful age, being first duly sworn upon his oath, deposes and states that:

1.      He is the attorney for the above-named Plaintiff, being licensed to practice in the State of Missouri, having his office at 748 Ann Avenue, Kansas City, Kansas 66101.

2.      The Defendant LexisNexis Risk Solutions, Inc. is a foreign corporation with corporate headquarters in Georgia.

3.      The name and address of the Defendant's registered agent is THE CORPORATION COMPANY, INC., 112 SW 7TH STREET SUITE 3C, TOPEKA, KS 66603.

4.      Personal service may not be obtained on the Defendant LexisNexis Risk Solutions, Inc. in Jackson County, Missouri.

5.     The name and address of the party to be served by certified mail is THE

CORPORATION COMPANY, INC., 112 SW 7TH STREET SUITE 3C, TOPEKA, KS 66603.

Respectfully Submitted,

By: _____

A.J. Stecklein #46663
Michael H. Rapp #66688
Brian E. Johnson #64938
Stecklein & Rapp, Chtd.
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0727
Email: aj@kcconsumerlawyer.com
       mr@kcconsumerlawyer.com
       bj@kcconsumerlawyer.com
Attorneys for Plaintiff

Subscribed and sworn to before me, a notary public, on December 27, 2016.



ANNE LAMOY
Notary Public, State of Kansas
My Appointment Expires
1-28-20

Notary Public

Electronically Filed - Jackson - Kansas City - December 27, 2016 - 11:08 AM

# In the Associate Circuit Court of Jackson County, Missouri
## At Kansas City

LANETTA J. LONG,

        Plaintiff,

vs.

LEXISNEXIS RISK SOLUTIONS, INC.,

        Defendant.

Case Number: _____

## PETITION

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendant states as follows:

1.      This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter FCRA) 15 U.S.C. §1681 et seq.

2.      Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3.      Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

4.      Plaintiff is a resident of Missouri.

5.      Defendant LexisNexis Risk Solutions, Inc. is a Georgia Corporation.

6.      At all times relevant hereto, Defendant LexisNexis Risk Solutions, Inc. was

and is engaged in the business of reporting criminal background reports, all within Missouri.

7.     On November 17, 2015 Defendant issued a criminal background report professing to reflect Plaintiff's criminal history.

8.     The report was derogatory and inaccurate in the following regard:  it specified that Plaintiff had an open bad check charge, an A misdemeanor, in Jackson County Missouri that was not disposed.

9.     Plaintiff did not have an undisposed bad check charge and the case had been dismissed years ago.

10.     The false report was accessed by housing suppliers and caused Plaintiff to be denied housing.

11.     The inaccurate information negatively reflects upon the Plaintiff.

## Count I – Violations of the FCRA

Comes now Plaintiff and for Count I against the Defendant state and alleges to the Court as follows:

12.     Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

13.     At all times pertinent hereto, LexisNexis Risk Solutions, Inc. regularly engaged in whole or in part in the practice of assembling or evaluating consumer criminal history information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

14. At all times pertinent hereto, the Plaintiff is an individual and hence a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

15. Defendant has insufficient means of updating the contents of its records and gives false and/or incomplete information to users.

16. At all times pertinent hereto, the above-mentioned consumer reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

17. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on consumer reporting agencies of information pursuant to 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiff's reports.

18. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of actual, statutory and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

Electronically Filed - Jackson - Kansas City - December 27, 2016 - 11:08 AM

WHEREFORE, Plaintiff seek judgment in Plaintiff's favor and damages against the Defendant based on the following requested relief:

a. Actual damages;

b. Statutory damages for willful violations;

c. Punitive damages

d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§1681n and 1681o; and

e. Such other and further relief as may be necessary, just and proper

Respectfully submitted,
By: /s/ A.J. Stecklein
A.J. Stecklein #46663
Michael Rapp #66688
Brian Johnson #64938
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile:
Email: aj@kcconsumerlawyer.com
   mr@kcconsumerlawyer.com
   bj@kcconsumerlawyer.com
Attorneys for Plaintiff