UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

LANETTA J. LONG,

          Plaintiff,

vs.

LEXISNEXIS RISK SOLUTIONS, INC.,
          Defendant.

Case Number: 17-00092-CV-W-BCW

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and all Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Lanetta J. Long; Defendant is LexisNexis Risk Solutions, Inc.

2. On 12/27/2016, Plaintiff filed a Petition against Defendant.

3. On 2/7/2017, Defendant removed the case to the United States District Court for the Western District of Missouri (Doc. 1).

4. Plaintiff now moves to dismiss the suit against Defendant.

5. Defendant agrees to the dismissal.

6. This case is not a class action.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice to refiling.

9. Each party is to bear its own fees and costs.

        Respectfully submitted,


        By: /s/ A.J. Stecklein  
        A.J. Stecklein #46663  
        Michael Rapp #66688  
        Stecklein & Rapp, Chtd.  
        748 Ann Ave  
        Kansas City, KS 66101  
        Telephone: (913) 371-0727  
        Facsimile: (913) 371-0147  
        Email: aj@kcconsumerlawyer.com  
              mr@kcconsumerlawyer.com  
        Attorneys for Plaintiff

        By: /s/ William R. Bay  
        William R. Bay #26977  
        Thompson Coburn LLP  
        One US Bank Plaza  
        Saint Louis, MO 63101  
        Email: wbay@thompsoncoburn.com  
        Attorney for LexisNexis Risk Solutions, Inc.

## CERTIFICATE OF FILING

This certifies that on June 1, 2017, the undersigned filed the above using the U.S. District Court's electronic filing system, which will automatically notify counsel of record.

                                        /s/ A.J. Stecklein
                                        A.J. Stecklein  #46663